IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ROY M. TERRY, JR., *et al.*, | ) | CIVIL ACTION No. 3:04CV00064 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS R. WALKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JUDGE JAMES H. MICHAEL, JR. |

Before the court is the defendants' Motion to Quash Service of Process and to Dismiss

for Lack of Personal Jurisdiction, filed on April 7, 2005. For the reasons stated in the

accompanying Memorandum Opinion, it is this day

ADJUDGED, ORDERED, AND DECREED

that the defendants' Motion to Quash Service of Process and to Dismiss for Lack of Personal

Jurisdiction, filed on April 7, 2005, is hereby DENIED, and the above-captioned case shall be

retained in this court. The defendants are hereby directed to file a responsive pleading within

twenty (20) days from the date of the entry of this Order.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the

accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
Senior United States District Judge

_____May 11, 2005_____
Date