CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 23 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROY M. TERRY, JR., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THOMAS R. WALKER, et al.,<br><br>*Defendant.* | CIVIL ACTION No. 3:04CV00064<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is the Receiver's Motion for Partial Summary Judgment on Choice of Law for Fraudulent Conveyances, filed on January 13, 2006. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Receiver's Motion shall be, and it hereby is, **GRANTED**. Accordingly, the Receiver's claim of fraudulent conveyance in this case shall be governed by the law of the state of Michigan.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

3-23-06
Date